Board of Education, Northfield Township High School, District No. 225, Cook County, Illinois, For Use of Samuel S. Palumbo, d/b/a Palumbo Excavating Co., and Samuel S. Palumbo, d/b/a Palumbo Excavating Co., Appellees, v. Pacific National Fire Insurance Company, et al., On Appeal of Pacific National Fire Insurance Company, a California Corporation, and United Pacific Insurance Company, a Washington Corporation, Appellants.

Gen. No. 48,011. 

First District, First Division.

November 7, 1960.

Sonnenschein, Lautmann, Levinson, Rieser, Carlin & Nath, of Chicago (James M. Goff, of counsel) for appellants; Eckhart, Klein, McSwain & Campbell, of Chicago (John Neal Campbell and M. A. Palumbo, of counsel) for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.